IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02811-RPM-MEH

DEBRA ROMAN,

    Plaintiff,

v.

DENVER COMMERCIAL BUILDERS, INC., d/b/a DCB Construction Company, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed May 21, 2009; docket #24] is **granted**.  The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.