IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02811-RPM-MEH

DEBRA ROMAN,

    Plaintiff,

v.

DENVER COMMERCIAL BUILDERS, INC., d/b/a DCB Construction Company, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2009.**

    The Unopposed Motion of Defendants Denver Commercial Builders, Inc. d/b/a/ DCB Construction Company, Inc. and Systems Contractors, Inc. to Vacate and Re-Set Status Conference [filed July 21, 2009; docket #31] is **granted**.  The Status Conference set for July 22, 2009, is **vacated** and **rescheduled** to Tuesday, **July 28, 2009**, at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Additionally, the Court directs the parties to submit a Joint Status Report regarding the status of the settlement in this matter by the **close-of-business** on Thursday, **July 23, 2009**.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.