UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CIVIL ACTION NO. 08-CV-02811-RPM-MEH

DEBRA ROMAN,

   Plaintiff,

v.

DENVER COMMERCIAL BUILDERS, INC.,
doing business as DCB CONSTRUCTION COMPANY, INC. and
SYSTEMS CONTRACTORS, INC.,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice. After careful review of the stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the parties' Stipulation of Dismissal with Prejudice is approved; and

2. That this action is dismissed with prejudice, with each party to pay its own attorney fees and costs, except as specifically provided in the parties' Confidential Settlement and Release Agreement.

3. All scheduled Court dates and other deadlines are vacated as moot.

Dated: September 11, 2009.

BY THE COURT:

_____
District Judge Richard P. Matsch

923977.1